[No. 32738-4-II.   Division Two.   September 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY W. FIELDS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-1-01054-1, Anna M. Laurie, J., entered December 13, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong and Penoyar, JJ.

[No. 32840-2-II.   Division Two.   September 6, 2006.]

TERESA SCHMIDT, *Appellant*, v. TIMOTHY P. COOGAN ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-12941-1, Daniel J. Berschauer, J., entered February 2, 2005. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Hunt, J. Now published at 135 Wn. App. 605.

[No. 32848-8-II.   Division Two.   September 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP EUGENE FEGLES, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-00887-2, James E. Warme, J., entered February 1, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 32889-5-II.   Division Two.   September 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE EDWARD CALLOWAY, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-01984-6, Wm. Thomas McPhee, J., entered February 23, 2005. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, J.; Quinn-Brintnall, C.J., dissenting.